

NUMBER 13-11-00311-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

McALLEN HOSPITALS, L. P.
D/B/A McALLEN MEDICAL CENTER,                                    **Appellant,**

**v.**

SYLVIA CAVAZOS,                                                               **Appellee.**

On appeal from the County Court at Law No. 4
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, McAllen Hospitals, L.P. d/b/a McAllen Medical Center, perfected an

appeal from a judgment entered by the County Court at Law No. 4 of Hidalgo County,

Texas, in cause number CL-09-1820-D. Appellant has filed a motion to dismiss the

appeal on grounds the appellant is no longer interested in pursuing any action against

appellee. Appellant requests that this Court dismiss the appeal with prejudice of appellant to refile in the future.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
9th day of February, 2012.